IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ANGIE LEE NIEMI**,<br><br>        Plaintiff,<br><br>    v.<br><br>**COMMISSIONER OF SOCIAL SECURITY**,<br><br>        Defendant. | Case No. 3:20-cv-00090-IM<br><br>**ORDER** |

**IMMERGUT, District Judge.**

Plaintiff filed a stipulated application for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and supporting materials on October 12, 2021. *See* ECF 25; ECF 26. After considering Plaintiff's stipulated submission and supporting materials, this Court hereby ORDERS that attorney fees and postage expenses in the amount of $10,493.24 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney fees and postage expenses in the amount of $10,493.24 will be paid to Plaintiff's attorney, subject to

PAGE 1 – ORDER

verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Nancy J. Meserow: Law Office of Nancy J. Meserow, 7540 SW 51st Avenue, Portland, OR 97219. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 1st day of November, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER